IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL SIMONS, on behalf of himself and all other similarly-situated former holders of Series A Convertible Participating Preferred Stock and AMC Preferred Equity Units of AMC Entertainment Holdings, Inc., | § § § § § § § § | No. 457, 2024 <br><br> Court Below–the Court of Chancery of the State of Delaware |
| Plaintiff Below, Appellant, | § § | C.A. No. 2023-0835 |
| v. | § § | |
| AMC ENTERTAINMENT HOLDINGS, INC., | § § § § | |
| Defendant Below, Appellee. | § § § | |

Submitted: April 30, 2025
Decided: May 8, 2025

Before **SEITZ**, Chief Justice; **TRAYNOR** and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, and following oral argument, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Court of Chancery's Bench Ruling and Final Order dated October 2, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:
*/s/ N. Christopher Griffiths*
Justice